**Opinion filed April 5, 2012**



## In The

# Eleuenth Court of Appeals

_____

## No. 11-11-00175-CV

_____

## FRAC TECH SERVICES, LTD. F/K/A FRAC TECH SERVICES, L.L.C.

## V.

## FMC TECHNOLOGIES, INC.

**On Appeal from the 266th District Court**

**Erath County, Texas**

**Trial Court Cause No. CV-29355**

### M E M O R A N D U M   O P I N I O N

Appellant, Frac Tech Services, Ltd. f/k/a Frac Tech Services, L.L.C., and appellee, FMC Technologies, Inc., have filed an agreed motion to dismiss this appeal pursuant to TEX. R. APP. P. 42.1(a)(2).  In the motion, the parties state that they:

> [H]ave reached a settlement and agreed that this appeal, and the underlying action from which it has been taken, should be DISMISSED WITH PREJUDICE as to all claims that were or could have been made in the trial court below, in this court of appeals or elsewhere from the beginning of time to this date.  The Parties further agree that the judgment entered by the 266[th] District Court on April 19, 2011, is to be deemed fully satisfied and may not be executed upon.

Therefore, in accordance with the parties' request and pursuant to Rule 42.1(a)(2)(A), this appeal and the underlying action from which it has been taken are dismissed with prejudice. The judgment entered by the trial court in this cause on April 19, 2011, is hereby deemed fully satisfied and may not be executed upon.

The agreed motion to dismiss is granted, and the appeal is dismissed.

PER CURIAM

April 5, 2012

Panel consists of: Wright, C.J.,
McCall, J., and Kalenak, J.